UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELISE BEARD,

        Plaintiff,

v.

SECURITAS SECURITY SERVICES USA, INC.,

        Defendant.
_____/

Case No. 18-10200

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

## JUDGMENT

All issues having been resolved by the Court's Order [20] of June 15, 2018,

**THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 15th day of June 2018.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Michael E. Lang
        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE